ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
**PANEL ESPECIAL**

| | | |
|---|---|---|
| **VILLA BLANCA LTD, ALMACO CAPITAL CORP, ATTENURE HOLDING TRUST 2 Y HRH PROPERTY HOLDING LLC** <br><br> PETICIONARIOS, <br><br> V. <br><br> **MAPFRE PRAICO INSURANCE COMPANY** <br><br> RECURRIDO | **TA2025CE00543** | *Certiorari procedente del Tribunal de Primera Instancia de Caguas* <br><br> Caso Núm: CG2019CV03331 <br><br><br> Sobre: Seguros – Incumplimiento Aseguradoras, Daños, Sentencia Declaratoria |

Panel integrado por su presidenta, la Jueza Grana Martínez, el Juez Candelaria Rosa y la Jueza Diaz Rivera

*Grana Martínez*, Jueza Ponente

### RESOLUCIÓN

En San Juan, Puerto Rico, hoy día 29 de octubre de 2025.

El 14 de octubre de 2025, se presentó la Petición de *Certiorari* con el epígrafe por Villa Blanca LTD, Almaco Capital Corp., Attenure Holding Trust 2 y HRH Property Holdings LLC por conducto de su representación legal.

La Parte Peticionaria cuestiona la negativa del foro de instancia a resolver una Moción de Sentencia Sumaria Parcial para que Mapfre Praico *Insurance Company* entendiendo que había sido resuelta previamente por otro juez y en la cual los peticionarios reclaman el pago del ajuste notificado por Mapfre.

Luego de examinar detenidamente el expediente del presente caso, y conforme a la discreción que ostentamos para expedir un recurso de *certiorari,* declinamos ejercer la misma. Así pues, denegamos la expedición del recurso.

**Notifíquese inmediatamente.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones